UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 10 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| IAN MERRIT, an Individual,<br><br>      Plaintiff - Appellee,<br><br> v.<br><br>JONATHAN COGLEY, an individual,<br><br>      Defendant - Appellant,<br><br>and<br><br>DOES, 1 to 30 Inclusive,<br><br>      Defendant. | No. 25-2602<br><br>D.C. No.<br>3:23-cv-01031-CAB-KSC<br>Southern District of California,<br>San Diego<br><br>ORDER |
| IAN MERRIT,<br><br>      Plaintiff - Appellant,<br><br> v.<br><br>JONATHAN COGLEY,<br><br>      Defendant - Appellee,<br><br>and<br><br>DOES, 1 to 30 inclusive,<br><br>      Defendant. | No. 25-2786<br>D.C. No.<br>3:23-cv-01031-CAB-KSC<br>Southern District of California,<br>San Diego |

Pursuant to the stipulation of the parties (Docket Entry No. 15), these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT:

By: Kyungah "Kay" Suk
Circuit Mediator